UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Brian Gleen Cox,

           Petitioner,

v.

Jason Bennett,

           Respondent.

Case No. 3:23-cv-5036-JHC-TLF

ORDER

On June 15, 2023, counsel for petitioner Brian Cox filed a motion to withdraw as counsel. Dkt. 14. Counsel indicated that the CJA Administrator has located a new attorney to take over the matter once the Federal Public Defender is permitted to withdraw from the case.

Pursuant to Local Civil Rule (LCR) 83.2(b)(1), "a motion for withdrawal shall be noted in accordance with LCR 7(d)(3) or CrR (12(b) and shall include a certification that the motion was served on the client and opposing counsel." Here, counsel for Mr. Cox did not include a certification that the motion was served on Mr. Cox or on opposing counsel.

ORDER - 1

Thus, their motion to withdraw as counsel is DENIED without prejudice for failure to comply with the local rules.

Dated this 28th day of June, 2023.

*[signature: Theresa L. Fricke]*

Theresa L. Fricke
United States Magistrate Judge

ORDER - 2