UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Brian Gleen Cox,

                Petitioner,

v.

Jason Bennett,

                Respondent.

Case No. 3:23-cv-5036-JHC-TLF

ORDER

On April 7, 2023, the Court entered an order serving Petitioner's habeas corpus petition. Dkt. 7. Respondent filed his answer and memorandum of authorities on June 15, 2023. On the same day, Petitioner's counsel filed a motion to withdraw as his attorney. Dkt. 14. The Court granted this motion on June 28, 2023. Dkt. 18. Gilbert Levy was appointed from the CJA panel as Mr. Cox's new attorney on July 12, 2023.

The noting date of the habeas corpus petition was July 7, 2023, which was before Mr. Levy was appointed as Mr. Cox's new attorney. In order to give Mr. Levy a fair opportunity to respond to the Respondent's Answer and to address the issues in this matter, the Court orders that Petitioner file a supplemental brief no later than October 24, 2023. Respondent may file an optional reply by November 3, 2023.

ORDER - 1

     The Clerk is further instructed to re-note Petitioner's habeas corpus petition to November 3, 2023.

     Dated this 23rd day of August, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 2