UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
A TACOMA

BRIAN GLEEN COX,

    Petitioner,

vs.

JASON BENNETT,

    Respondent.

No. 3:23-CV-5036-TMC-TLF

**ORDER EXTENDING BRIEFING SCHEDULE**

The Petitioner has filed a motion requesting an extension of the briefing schedule. The Court finds that the Petitioner has shown good cause for his request and it is hereby ordered that the Petitioner's Supplemental Brief is due on December 15, 2023, the Response is due no later than January 15, 2024 and the Petitioner may file an optional reply by January 29, 2024.

DATED THIS 19th day of October, 2023.

*Theresa L. Fricke*

HONORABLE THERESA L. FRICKE
U.S. MAGISTATE JUDGE

ORDER EXTENDING BRIEFING
SCHEDULE - 1