UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN GLEEN COX,

    Petitioner,

vs.

JASON BENNETT,

    Respondent.

No. 3:23-CV-5036-JHC-TLF

**ORDER EXTENDING BRIEFING SCHEDULE**

The Petitioner has filed a motion requesting an extension of the briefing schedule. The Court finds that the Petitioner has shown good cause for his request and it is hereby ordered that the Petitioner's Supplemental Brief is due on January 31, 2024, the Response is due no later than March 1, 2024 and the Petitioner may file an optional reply by March 15, 2024.

DATED THIS __6__ day of _____December_____, 2023.

*Theresa L. Fricke*
HONORABLE THERESA L. FRICKE
U.S. MAGISTATE JUDGE

ORDER EXTENDING BRIEFING
SCHEDULE - 1