HONORABLE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
A TACOMA

| | |
|---|---|
| BRIAN GLEEN COX,<br><br>          Petitioner,<br><br>     vs.<br><br>JASON BENNETT,<br><br>          Respondent. | Cause No.  3:23-CV-5036-JHC-TLF<br><br>**ORDER EXTENDING FILING DATE** |

This matter comes before the Court on the Petitioner's Motion to extend the filing date for the Memorandum in Support of the Habeas Petition. The Court finds good cause for the request and the Respondent through counsel has indicated that it has no objection. It is hereby ordered that the due date for the Petitioner's Memorandum is extended to February 14, 2024, with the Response due on March 15, 2024, and the Reply on March 25, 2024.

DATED THIS 31st day of January, 2024

_Theresa L. Fricke_
THERESA L. FRICKE

ORDER EXTENDING FILING DATE - 1