HONORABLE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
A TACOMA

| | |
|---|---|
| BRIAN GLEEN COX,<br><br>      Petitioner,<br><br>vs.<br><br>JASON BENNETT,<br><br>      Respondent. | Cause No. 3:23-CV-5036-JHC-TLF<br><br>**ORDER PEMITTING FILING OF OVER-LENGTH BRIEF** |

This matter comes before the Court on the Petitioner's motion for leave to file a brief in support of his habeas petition that exceeds the allotted word count of Local Civil Rule 7(e)(1). The Petitioner has shown good cause for his request. It is therefore ordered that the Motion for Leave to File an Over-Length brief is granted.

DATED THIS 9th day of February, 2024.

*Theresa L. Fricke*
THERESA L. FRICKE

ORDER PERMITTING FILING
OVERLENTH BRIEF - 1