HONORABLE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
A TACOMA

BRIAN GLEEN COX,

    Petitioner,

vs.

JASON BENNETT,

    Respondent.

Cause No. 3:23-CV-5036-JHC-TLF

**ORDER EXTENDING FILING DATE FOR REPLY MEMORANDUM**

This matter comes before the Court on the Petitioner's Motion to extend the filing date for the Petitioner's Reply Memorandum. The Court finds good cause for the request and the Respondent through Counsel has indicated that he has no objection. It is hereby ordered that the due date for the Petitioner's Reply Memorandum is April 5, 2025. The petition should be re-noted to April 5.

DATED THIS 22nd day of March, 2024

*Theresa L. Fricke*
THERESA L. FRICKE

ORDER EXTENDING FILING DATE
FOR REPLY MEMORANDUM - 1